64093-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60639-CIV-SEITZ/O'SULLIVAN

AT&T MOBILITY, LLC, a Delaware
Corporation, and AT&T INTELLECTUAL
PROPERTY II, L.P., a Nevada Limited
Partnership,

       Plaintiffs,

vs.

DIGITAL ANTENNA, INC., a Florida
Corporation

       Defendant.

_____/

## JOINT DESIGNATIONS OF PORTIONS OF DEPOSITIONS

## OBJECTIONS TO DEPOSITION DESIGNATIONS

      For the objections noted in these designations, the parties agree that the Court can consider and rule on the objections and/or accept the testimony with the weight the Court deems appropriate. Except as to particular objections cited in this document, the parties stipulate that all other objections raised during the depositions conducted during the agreed-upon period of expedited discovery shall be waived for the purposes of the court's ruling on plaintiff's Motion for a Preliminary Injunction, and defendant's Motion to Dismiss the Complaint, but shall be preserved for all other purposes.

## A. MARK AUSTIN

      1. Plaintiff, AT&T's designations of portions of the deposition of **Mark Austin** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|--------|---------|---------|----------------------|-----------|--------|
| I. | 24-25 | 24(20)-25(9) | | | |
| | 30-35 | 30(17)-35(15) | | | |
| | 36-37 | 36(12)-37(7) | | | |
| | 39-40 | 39(19)-40(3) | | | |
| | 47-48 | 47(17)-48(18) | | | |
| | 49 | 49(10)-49(14) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 58 | 58(10)-58(21) | | | |
| | 59-60 | 59(3)-60(6) | | | |
| | 77 | 77(4)-77(10) | | | |
| | 108 | 108(7)-108(18) | | | |
| | 115-116 | 115(21)-116(6) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **Mark Austin** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 1-6 | 1(7)-6(19) | | | |
| | 7-8 | 7(13)-8(22) | | | |
| | 10-24 | 10(9)-24(18) | | Page 13, Lines 13-25; Page 20, Line 7 to Page 21, Line 23; Page 22, Line 1 to Page 24, Line 18 | |
| | 25-27 | 25(11)-27(24) | | | |
| | 30 | 30(1)-30(16) | | | |
| | 36-37 | 36(12)-37(7) | | | |
| | 38-39 | 38(8)-39(4) | | | |
| | 40-45 | 40(24)-45(8) | | | |
| | 48-49 | 48(19)-49(14) | | | |
| | 50 | 50(10)-50(25) | | | |
| | 52-53 | 52(9)-53(10) | | | |
| | 53-57 | 53(25)-57(25) | | | |
| | 58-59 | 58(23)-59(2) | | | |
| | 60-61 | 60(21)-61(2) | | | |
| | 63-65 | 63(21)-65(2) | | | |
| | 65-68 | 65(11)-68(9) | | | |
| | 69-70 | 69(6)-70(2) | | | |
| | 74 | 74(4)-74(12) | | | |
| | 79-81 | 79(4)-81(25) | | | |
| | 84-85 | 84(21)-85(2) | | | |
| | 92-93 | 92(11)-93(20) | | | |
| | 101-103 | 101(20)-103(10) | | | |
| | 107-108 | 107(7)-108(18) | | | |
| | 110 | 110(11)-110(17) | | | |
| | 117-118 | 117(25)-118(8) | | | |
| | 121-122 | 121(14)-122(7) | | Page 121, Line | |

| | | | | 14 to Page 122, Line 7 | |
|---|---|---|---|---|---|

### B. GREG BUNTING

1. Plaintiff, AT&T's designations of portions of the deposition of **Greg Bunting** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 3 | 3(14)-3(19) | | | |
| | 8 | 8(12)-8(13) | | | |
| | 8 | 8(18)-8(25) | | | |
| | 11-13 | 11(12)-13(11) | | | |
| | 15-16 | 15(16)-16(18) | | | |
| | 17-18 | 17(1)-18(4) | | | |
| | 19 | 19(5)-19(19) | | | |
| | 21 | 21(1)-21(8) | | | |
| | 24-25 | 24(7)-25(4) | | | |
| | 27 | 27(16)-27(20) | | | |
| | 35-37 | 35(21)-37(1) | | | |
| | 41-44 | 41(22)-44(13) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **Greg Bunting** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 11 | 11(2)-11(11) | | | |
| | 13 | 13(12)-13(18) | | | |
| | 14-15 | 14(14)-15(15) | | | |
| | 16 | 16(19)-16(25) | | | |
| | 18-19 | 18(5)-19(4) | | | |
| | 19-20 | 19(20)-20(9) | | | |
| | 20 | 20(21)-20(25) | | | |
| | 27-29 | 27(21)-29(5) | | | |
| | 30-31 | 30(5)-31(11) | | | |
| | 32-34 | 32(1)-34(9) | | | |
| | 37 | 37(2)-37(3) | | | |
| | 38-39 | 38(10)-39(6) | | | |
| | 41 | 41(10)-41(17) | | | |
| | 44 | 44(14)-44(20) | | | |
| | 47-48 | 47(17)-48(11) | | | |

| | 48 | 48(22)-48(25) | | | |
|---|---|---|---|---|---|

## C. MARK FILLA:

    1.  Plaintiff, AT&T's designations of portions of the deposition of **Mark Filla** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 5-6 | 5(12)-6(17) | | | |
| | 8 | 8(4)-8(17) | | | |
| | 8-9 | 8(25)-9(5) | | | |
| | 12-13 | 12(16)-13(5) | | | |
| | 23 | 23(12)-23(25) | | | |
| | 24 | 24(9)-24(23) | | | |
| | 27-28 | 27(21)-28(6) | | | |
| | 29-30 | 29(21)-30(9) | | | |
| | 30-31 | 30(21)-31(7) | | | |
| | 31 | 31(17)-31(23) | | | |
| | 31-32 | 31(24)-32(18) | | | |

    2.  Defendant, Digital Antenna's designations of portions of the deposition of **Mark Filla** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 7-8 | 7(11)-8(3) | | | |
| | 9 | 9(6)-9(15) | | | |
| | 11-12 | 11(22)-12(15) | | | |
| | 13-14 | 13(13)-14(8) | | | |
| | 14-15 | 14(19)-15(1) | | | |
| | 17-18 | 17(17)-18(5) | | | |
| | 24-25 | 24(24)-25(24) | | | |
| | 34 | 34(2)-34(5) | | | |

## D. ANTHONY GALLAGHER:

    1.  Plaintiff, AT&T's designations of portions of the deposition of **Antony Gallagher** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|

| I. | 3 | 3(7)-3(20) | | | |
|---|---|---|---|---|---|
| | 11-12 | 11(19)-12(3) | | | |
| | 14-16 | 14(3)-16(24) | | | |
| | 19-20 | 19(6)-20(8) | | | |
| | 25-26 | 25(23)-26(1) | | | |
| | 29 | 29(9)-29(19) | | | |
| | 32-33 | 32(1)-33(3) | | | |
| | 35-36 | 35(9)-36(25) | | | |
| | 37 | 37(1)-37(9) | | | |
| | 37 | 37(17)-37(25) | | | |
| | 39 | 39(12)-39(18) | | | |
| | 40-45 | 40(6)-45(12) | | | |
| | 48 | 48(12)-48(18) | | | |
| | 51 | 51(17)-51(25) | | Page 51, Line 17 to Page 51, Line 25 | |
| | 52 | 52(9)-52(19) | | | |
| | 53 | 53(5)-53(25) | | | |
| | 54 | 54(1)-54(25) | | | |
| | 55 | 55(1)-55(13) | | | |
| | 57-58 | 57(7)-58(10) | | | |
| | 59 | 59(2)—59(16) | | | |
| | 60 | 60(5)-60(8) | | | |
| | 60-61 | 60(19)-61(11) | | | |
| | 61-62 | 61(22)-62(11) | | | |
| | 64-67 | 64(8)-67(13) | | | |
| | 68 | 68(1)-68(6) | | | |
| | 68 | 68(15)-68(20) | | | |
| | 69-70 | 69(23)-70(10) | | | |
| | 77 | 77(7)-77(25) | | | |
| | 81-82 | 81(6)-82(6) | | | |
| | 91 | 91(16)-91(19) | | | |
| | 92 | 92(3)-92(8) | | | |
| | 101 | 101(2)-101(4) | | | |
| | 106-107 | 106(24)-107(4) | | | |
| | 108 | 108(1)-108(9) | | Page 108, Line 1 to Page 108, Line 9 | |
| | 114 | 114(8)-114(13) | | | |
| | 115-116 | 115(23)-116(4) | | | |
| | 119 | 119(4)-119(21) | | | |
| | 120-122 | 120(17)-122(6) | | | |
| | 123-124 | 123(17)-124(8) | | | |
| | 127-130 | 127(17)-130(17) | | | |
| | 130-131 | 130(22)-131(6) | | | |

| | 135-136 | 135(18)-136(2) | | | |
| | 136-137 | 136(19)-137(8) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **Anthony Gallagher** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 3-4 | 3(21)-4(20) | | | |
| | 12-13 | 12(4)-13(6) | | | |
| | 16-17 | 16(25)-17(23) | | | |
| | 29-30 | 29(20)-30(4) | | | |
| | 45 | 45(6)-45(17) | | | |
| | 48 | 48(4)-48(10) | | | |
| | 49 | 49(8)-49(16) | | | |
| | 49-50 | 49(21)-50(8) | | | |
| | 50 | 50(16)-50(25) | | | |
| | 55 | 55(14)-55(25) | | | |
| | 67 | 67(14)-67(24) | | | |
| | 68 | 68(2)-68(6) | | | |
| | 68 | 68(7)-68(14) | | | |
| | 69-70 | 69(13)-70(2) | | | |
| | 71 | 71(19)-71(24) | | | |
| | 94 | 94(19)-94(22) | | | |
| | 95-96 | 95(25)-96(16) | | | |
| | 98 | 98(21)-98(24) | | | |
| | 99-100 | 99(24)-100(22) | | | |
| | 101 | 101(5)-101(10) | | | |
| | 106 | 106(4)-106(8) | | | |
| | 107-108 | 107(5)-108(19) | | | |
| | 114 | 114(1)-114(6) | | | |
| | 119 | 119(1)-119(3) | | | |
| | 136 | 136(10)-136(18) | | | |

**E. GARY GRAY:**

1. Plaintiff, AT&T's designations of portions of the deposition of **Gary Gray** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 4 | 4(2)-4(20) | | | |
| | 13 | 13(14)-13(21) | | | |

| | 14 | 14(5)-14(13) | | | |
|---|---|---|---|---|---|
| | 18 | 18(10)-18(19) | | | |
| | 19-20 | 19(25)-20(11) | | | |
| | 36 | 36(11)-36(22) | | | |
| | 42-43 | 42(20)-43(8) | | | |
| | 50-53 | 50(20)-53(6) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **Gary Gray** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 21-22 | 21(22)-22(25) | | | |
| | 27 | 27(20)-27(22) | | | |
| | 34-35 | 34(25)-35(14) | | | |
| | 35-36 | 35(22)-36(2) | | | |
| | 41 | 41(12)-41(14) | | | |
| | 42 | 42(5)-42(19) | | | |
| | 43 | 43(9)-43(11) | | | |
| | 46 | 46(1)-46(18) | | | |
| | 47 | 47(1)-47(5) | | | |
| | 47-48 | 47(25)-48(16) | | | |

**F. JOHN HERON:**

1. Plaintiff, AT&T's designations of portions of the deposition of **John Heron** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 4 | 4(7)-4(9) | | | |
| | 4-6 | 4(18)-6(5) | | | |
| | 15 | 15(1)-15(17) | | | |
| | 22-23 | 22(17)-23(14) | | | |
| | 31-33 | 31(6)-33(8) | | | |
| | 36 | 36(16)-36(19) | | | |
| | 37-38 | 37(13)-38(6) | | | |
| | 44-46 | 44(24)-46(8) | | | |
| | 49 | 49(5)-49(14) | | | |
| | 50-51 | 50(8)-51(25) | | | |
| | 53-54 | 53(24)-54(21) | | | |
| | 55-56 | 55(22)-56(4) | | | |
| | 57 | 57(6)-57(24) | | | |

| | 61-62 | 61(1)-62(23) | | | |
|---|---|---|---|---|---|
| | 64 | 64(2)-64(25) | | | |
| | 75-79 | 74(22)-79(6) | | | |
| | 80-81 | 80(5)-81(9) | | | |
| | 82-83 | 82(14)-83(10) | | | |
| | 84-85 | 84(23)-85(2) | | | |
| | 85-86 | 85(19)-86(22) | | | |
| | 87-89 | 87(24)-89(25) | | | |
| | 91-92 | 91(12)-92(12) | | | |
| | 93 | 93(8)-93(19) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **John Heron** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 9-13 | 9(18)-13(12) | | | |
| | 25-26 | 25(5)-26(1) | | | |
| | 29-31 | 29(15)-31(5) | | | |
| | 33-35 | 33(22)-35(20) | | | |
| | 39-41 | 39(7)-41(6) | | | |
| | 42-43 | 42(25)-43(17) | | | |
| | 46-47 | 46(23)-47(13) | | | |
| | 48-49 | 48(17)-49(4) | | | |
| | 56-57 | 56(5)-57(5) | | | |
| | 63-64 | 63(3)-64(1) | | | |
| | 65-70 | 65(1)-70(12) | | | |
| | 72-74 | 72(17)-74(2) | | | |
| | 74 | 74(13)-74(21) | | | |
| | 79 | 79(7)-79(10) | | | |
| | 84 | 84(1)-84(22) | | | |
| | 86-87 | 86(23)-87(23) | | | |
| | 90-91 | 90(1)-91(2) | | | |
| | 93-95 | 93(20)-95(23) | | | |

## G. JOANNE JOHNSON:

1. Plaintiff, AT&T's designations of portions of the deposition of **Joanne Johnson** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 4-5 | 4(7)-5(16) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 6 | 6(6)-6(22) | | | |
| | 7 | 7(15)-7(19) | | | |
| | 8 | 8(1)-8(15) | | | |
| | 9-10 | 9(19)-10(3) | | | |
| | 10 | 10(12)-10(17) | | | |
| | 12-13 | 12(13)-13(14) | | | |
| | 18 | 17(25)-18(4) | | | |
| | 19 | 19(6)-19(13) | | | |
| | 26 | 26(10)-26(15) | | | |
| | 43-44 | 43(14)-44(19) | | | |
| | 45 | 45(4)-45(14) | | | |
| | 45-46 | 45(20)-46(6) | | | |
| | 47-49 | 47(4)-49(11) | | | |
| | 50-51 | 50(16)-51(6) | | | |
| | 52-54 | 52(14)-54(4) | | | |
| | 56 | 56(4)-56(7) | | | |
| | 61-62 | 61(21)-62(1) | | | |
| | 63 | 63(4)-63(6) | | | |
| | 63-65 | 63(21)-65(6) | | | |
| | 66 | 66(14)-66(19) | | | |
| | 68-69 | 68(16)-69(7) | | | |
| | 69 | 69(22)-69(25) | | | |
| | 70 | 70(7)-70(10) | | | |
| | 70 | 70(20)-70(22) | | | |
| | 72 | 72(5)-72(11) | | | |
| | 73 | 73(18)-73(20) | | | |
| | 74-75 | 74(2)-75(19) | | | |
| | 77 | 77(2)-77(21) | | | |
| | 78 | 78(12)-78(25) | | | |
| | 79-80 | 79(18)-80(16) | | | |
| | 80 | 80(21)-80(24) | | | |
| | 81 | 81(10)-81(16) | | | |
| | 86 | 86(9)-86(18) | | | |
| | 87-88 | 87(2)-88(10) | | Page 87, Line 12 to Page 87, Line 16 | |
| | 88-91 | 88(23)-91(18) | | | |
| | 93-95 | 93(25)-95(22) | | | |
| | 97 | 97(2)-97(20) | | | |
| | 106-109 | 106(19)-109(5) | | | |
| | 110 | 110(16)-110(18) | | | |
| | 112-113 | 112(14)-113(2) | | | |
| | 113-114 | 113(22)-114(11) | | | |
| | 114-115 | 114(20)-115(2) | | | |
| | 118-119 | 118(6)-119(6) | | | |

| | | | | |
|---|---|---|---|---|
| | 119 | 119(16)-119(23) | | |
| | 127-128 | 127(12)-128(7) | | |
| | 129 | 129(8)-129(15) | | |
| | 132-133 | 132(2)-133(2) | | |
| | 135 | 135(9)-135(14) | | |
| | 141-142 | 141(17)-142(16) | | |
| | 150-152 | 150(15)-152(4) | | |
| | 152-153 | 152(19)-153(3) | | |
| | 155 | 155(7)-155(12) | | |
| | 157 | 157(2)-157(13) | | |
| | 178-179 | 178(23)-179(1) | | |
| | 179-180 | 179(9)-180(16) | | |
| | 183-184 | 183(6)-184(2) | | |
| | 184 | 184(22)-184(25) | | |
| | 193-197 | 193(20)-197(23) | | Page 195, Line 5 to Page 195, Line 10 |
| | 198-199 | 198(7)-199(1) | | |
| | 200 | 200(2)-200(23) | | |
| | 201-202 | 201(1)-202(3) | | |
| | 202-203 | 202(9)-203(8) | | |
| | 206-208 | 206(21)-208(11) | | |
| | 209-210 | 209(13)-210(10) | | |
| | 211-213 | 211(7)-213(22) | | |
| | 215 | 215(5)-215(22) | | |
| | 217 | 217(2) | | |
| | 217-220 | 217(16)-220(2) | | |
| | 222-225 | 222(25)-225(10) | | |
| | 229 | 229(13)-229(25) | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **Joanne Johnson** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 7 | 7(6)-7(14) | | | |
| | 13 | 13(15)-13(19) | | | |
| | 18 | 18(5)-18(17) | | | |
| | 22-23 | 22(14)-23(25) | | | |
| | 25-26 | 25(24)-26(8) | | | |
| | 39 | 39(6)-39(18) | | | |
| | 46-47 | 46(7)-47(2) | | | |
| | 47-48 | 47(24)-48(1) | | | |
| | 65-66 | 65(21)-66(7) | | | |

| | | | | |
|---|---|---|---|---|
| 69 | 69(8)-69(21) | | | |
| 70 | 70(1)-70(6) | | | |
| 70 | 70(11)-70(19) | | | |
| 72 | 72(12)-72(24) | | | |
| 73 | 73(5)-73(17) | | | |
| 79 | 79(1)-79(23) | | | |
| 97-98 | 97(21)-98(14) | | | |
| 109-110 | 109(7)-110(14) | | | |
| 113 | 113(3)-113(20) | | | |
| 115-117 | 115(3)-117(9) | | | |
| 120-121 | 120(9)-121(1) | | | |
| 122-123 | 122(13)-123(9) | | | |
| 125 | 125(3)-125(11) | | | |
| 125-126 | 125(21)-126(21) | | | |
| 133 | 133(1)-133(8) | | | |
| 142 | 142(17)-142(21) | | | |
| 153-154 | 153(5)-154(15) | | | |
| 202 | 202(4)-202(8) | | | |
| 203-204 | 203(9)-204(5) | | | |
| 204-205 | 204(13)-205(4) | | | |
| 205 | 205(15)-205(16) | | | |
| 206 | 206(12)-206(15) | | | |
| 213-215 | 213(23)-215(3) | | | |
| 216 | 216(9)-216(22) | | | |
| 217 | 217(2)-217(13) | | | |
| 220 | 220(3)-220(10) | | | |
| 222 | 222(15)-222(24) | | | |
| 229 | 229(2)-229(9) | | | |

## H.  JOHN JONES:

1.  Plaintiff, AT&T's designations of portions of the deposition of **John Jones** is  as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 4 | 4(7)-4(8) | | | |
| | 4 | 4(13)-4(14) | | | |
| | 5-6 | 5(20)-6(11) | | | |
| | 17 | 17(14)-17(25) | | | |
| | 18 | 18(21)-18(23) | | | |
| | 22 | 22(2)-22(25) | | | |
| | 27 | 27(1)-27(22) | | | |
| | 49 | 49(4)-49(25) | | | |

| | 51 | 51(3)-51(12) | | | |
| | 53 | 53(1)-53(18) | | Page 53, Line 13 to Page 53, Line 18 | |
| | 55 | 55(19)-55(25) | | | |
| | 56-57 | 56(10)-57(7) | | | |
| | 58-59 | 58(14)-59(2) | | | |
| | 74 | 74(6)-74(18) | | | |
| | 82 | 82(8)-82(10) | | | |
| | 82-83 | 82(17)-83(1) | | | |
| | 105-107 | 105(4)-107(5) | | | |
| | 107 | 107(9)-107(12) | | | |
| | 111-112 | 111(13)-112(11) | | | |
| | 113-115 | 113(7)-115(21) | | | |
| | 119-120 | 119(9)-120(25) | | | |
| | 121 | 121(20)-121(24) | | | |
| | 123-125 | 123(24)-125(3) | | | |
| | 125-126 | 125(23)-126(6) | | | |
| | 128 | 128(23)-128(25) | | | |
| | 136 | 136(14)-136(21) | | | |
| | 137-140 | 137(9)-140(8) | | Page 139, Line 10 to Page 139, Line 16 | |
| | 145 | 145(4)-145(25) | | | |
| | 149-150 | 149(24)-150(16) | | | |
| | 156-157 | 156(14)-157(14) | | | |
| | 157-158 | 157(25)-158(21) | | | |
| | 159-160 | 159(18)-160(12) | | | |
| | 160-161 | 160(16)-161(20) | | | |
| | 172-173 | 172(10)-173(15) | | | |
| | 181-182 | 181(10)-182(4) | | | |
| | 182 | 182(19)-182(22) | | | |
| | 183-184 | 183(13)-184(10) | | | |
| | 184-185 | 184(19)-185(6) | | | |
| | 187-188 | 187(21)-188(14) | | | |
| | 188 | 188(21)-188(24) | | | |
| | 189-190 | 189(3)-190(3) | | | |
| | 190-191 | 190(9)-191(8) | | | |
| | 195 | 195(1)-195(14 | | | |
| | 195-197 | 195(19)-197(15) | | | |
| | 203 | 203(4)-203(9) | | | |
| | 204-205 | 204(23)-205(1) | | | |
| | 208 | 208(2)-208(17) | | | |
| | 210-211 | 210(14)-211(9) | | Page 210, Line 18 to Page 211, | |

| | | | | Line 9 | |
|---|---|---|---|---|---|
| | 225-228 | 225(20)-228(18) | | | |
| | 236 | 236(6)-236(24) | | | |
| | 239 | 239(2)-239(13) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **John Jones** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 6-13 | 6(12)-13(24) | | | |
| | 19-22 | 19(21)-22(1) | | | |
| | 23-26 | 23(1)-26(25) | | | |
| | 27-28 | 27(23)-27(14) | | | |
| | 29-30 | 29(21)-30(12) | | | |
| | 37-39 | 37(25)-39(21) | | | |
| | 41-43 | 41(7)-43(22) | | | |
| | 50-51 | 50(1)-51(2) | | | |
| | 53-55 | 53(20)-55(18) | | | |
| | 56 | 56(1)-56(8) | | | |
| | 57 | 57(8)-57(20) | | | |
| | 66 | 66(4)-66(17) | | | |
| | 67 | 67(12)-67(17) | | | |
| | 73-74 | 73(8)-74(5) | | | |
| | 82 | 82(11)-82(16) | | | |
| | 83-84 | 83(5)-84(22) | | | |
| | 88 | 88(12)-88(25) | | | |
| | 90 | 90(3)-90(25) | | | |
| | 107-108 | 107(13)-108(6) | | | |
| | 112 | 112(11)-112(22) | | | |
| | 117-118 | 117(19)-118(6) | | | |
| | 119 | 119(2)-119(7) | | | |
| | 121 | 121(1)-121(19) | | | |
| | 121-122 | 121(25)-122(12) | | | |
| | 122-123 | 122(20)-123(8) | | | |
| | 126-127 | 126(8)-127(17) | | | |
| | 130 | 130(2)-130(7) | | | |
| | 150-151 | 150(17)-151(6) | | | |
| | 161-162 | 161(21)-162(25) | | | |
| | 163-164 | 163(19)-164(12) | | | |
| | 167-169 | 167(24)-169(9) | | | |
| | 170-171 | 170(18)-171(6) | | | |
| | 173-174 | 173(25)-174(22) | | | |
| | 176-179 | 176(2)-179(8) | | | |

| | 211 | 211(11)-211(18) | | | |
|---|---|---|---|---|---|
| | 213-218 | 213(13)-218(1) | | | |
| | 219-221 | 219(2)-221(10) | | | |
| | 223-225 | 223(20)-225(3) | | | |
| | 228-230 | 228(20)-230(7) | | | |
| | 232-234 | 232(10)-234(18) | | | |
| | 239-241 | 239(18)-241(18) | | | |

## I.  DAVID SHIVELY:

1. Plaintiff, AT&T's designations of portions of the deposition of **David Shively** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 32-33 | 32(9)-33(10) | | | |
| | 35 | 35(8)-35(20) | | | |
| | 38 | 38(11)-38(16) | | | |
| | 80 | 80(3)-80(22) | | | |
| | 85-87 | 85(23)-87(12) | | | |
| | 92 | 92(1)-92(18) | | | |
| | 107-108 | 107(24)-108(25) | | | |
| | 125-126 | 125(23)-126(10) | | | |
| II. | 20-21 | 20(21)-21(20) | | | |
| | 67-68 | 67(24)-68(3) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **David Shively** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 29-32 | 29(23)-32(8) | | | |
| | 33-35 | 33(11)-35(7) | | | |
| | 35-38 | 35(21)-38(9) | | Page 36, Line 3 to Page 38, Line 9 | |
| | 44-51 | 44(1)-51(15) | | Page 44, Line 1 to Page 44, Line 11; Page 45, Line | |

|  |  |  |  | 5 -18;<br>Page 46, Line 15 to Page 48, Line 3;<br>Page 48, Line 24 to Page 51, Line 15; |  |
|  | 54-55 | 54(13)-55(8) |  | Page 54, Line 13 to Page 56, Line 9 |  |
|  | 55-56 | 55(21)-56(5) |  |  |  |
|  | 59-61 | 59(16)-61(4) |  |  |  |
|  | 73 | 73(14)-73(18) |  |  |  |
|  | 77-80 | 77(2)-80(2) |  |  |  |
|  | 80-81 | 80(23)-81(25) |  |  |  |
|  | 84-85 | 84(18)-85(22) |  |  |  |
|  | 87-89 | 87(13)-89(3) |  |  |  |
|  | 90-91 | 90(9)-91(25) |  |  |  |
|  | 103 | 103(18)-103(22) |  |  |  |
|  | 106-107 | 106(23)-107(23) |  |  |  |
|  | 109 | 109(1)-109(15) |  |  |  |
|  | 115-118 | 115(4)-118(22) |  |  |  |
|  | 123 | 123(8)-123(16) |  |  |  |
|  | 125 | 125(1)-125(22) |  |  |  |
|  | 136-137 | 136(23)-137(19) |  | Page 137, Lines 6-19 |  |
|  | 139 | 139(9)-139(11) |  |  |  |
| II. | 18-19 | 18(13)-19(5) |  |  |  |
|  | 24-25 | 24(15)-25(14) |  |  |  |
|  | 27-29 | 27(6)-29(8) |  |  |  |
|  | 34-37 | 34(7)-37(7) |  |  |  |
|  | 42-44 | 42(11)-44(8) |  |  |  |
|  | 60-62 | 60(17)-62(2) |  |  |  |
|  | 63-67 | 63(16)-67(22) |  |  |  |
|  | 70-76 | 70(17)-76(5) |  |  |  |
|  | 78-80 | 78(11)-80(3) |  |  |  |
|  | 80-83 | 80(25)-83(24) |  |  |  |
|  | 89-90 | 89(5)-90(16) |  |  |  |

**J.  JACK SOUTHARD:**

    1.  Plaintiff, AT&T's designations of portions of the deposition of **Jack Southard** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|--------|---------|---------|----------------------|-----------|--------|
| I. | 3 | 3(13)-3(14) | | | |
| | 4 | 4(6)-4(15) | | | |
| | 5-6 | 5(12)-6(6) | | | |
| | 6-8 | 6(21)-8(5) | | | |
| | 9 | 9(4)-9(12) | | | |
| | 10-11 | 10(25)-11(2) | | | |

    2.  Defendant, Digital Antenna's designations of portions of the deposition of **Jack Southard** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|--------|---------|---------|----------------------|-----------|--------|
| I. | 4 | 4(16)-4(23) | | | |
| | 5 | 5(9)-5(11) | | | |
| | 6 | 6(7)-6(20) | | | |
| | 8-9 | 8(21)-9(3) | | | |
| | 14 | 14(5)-14(22) | | | |
| | | | | | |

**K.  LU VENCL:**

    1.  Plaintiff, AT&T's designations of portions of the deposition of **Lu Vencl** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|--------|---------|---------|----------------------|-----------|--------|
| I. | 79 | 79(7)-79(15) | | | |
| | 79-81 | 79(21)-81(11) | | | |
| | 113-114 | 113(18)-114(19) | | | |
| | 143-148 | 143(8)-148(17) | | | |
| | 177-179 | 177(4)-179(16) | | | |
| | 187-188 | 187(22)-188(7) | | | |
| | 193-196 | 193(24)-196(2) | | | |

2. Defendant, Digital Antenna's designations of portions of the deposition of **Lu Vencl** is as follows:

| Volume | Page(s) | Line(s) | Cross-Designation(s) | Objection | Ruling |
|---|---|---|---|---|---|
| I. | 4-12 | 4(7)-12(11) | | | |
| | 20-22 | 20(7)-22(12) | | | |
| | 25-27 | 25(14)-27(9) | | | |
| | 30-35 | 30(7)-35(18) | | | |
| | 37-41 | 37(2)-41(25) | | | |
| | 70-72 | 70(10)-72(23) | | | |
| | 75-77 | 75(5)-77(7) | | | |
| | 77-79 | 77(23)-79(6) | | | |
| | 83-84 | 83(14)-84(11) | | | |
| | 85-87 | 85(10)-87(4) | | | |
| | 97-100 | 97(15)-100(11) | | | |
| | 101-102 | 101(4)-102(4) | | | |
| | 112-113 | 112(25)-113(17) | | | |
| | 114-115 | 114(20)-115(2) | | | |
| | 117-122 | 117(12)-122(24) | | | |
| | 124 | 124(9)-124(20) | | | |
| | 128-130 | 128(10)-130(24) | | | |
| | 140-141 | 140(4)-141(1) | | | |
| | 148-149 | 148(18)-149(5) | | | |
| | 151-159 | 151(12)-159(13) | | | |
| | 179-182 | 179(17)-182(9) | | | |
| | 186-187 | 186(8)-187(16) | | | |
| | 196-197 | 196(3)-197(10) | | | |
| | 200-205 | 200(2)-205(14) | | | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of October, 2009, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record or *pro se* parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronic Notices of Electronic Filing.

> WICKER, SMITH, O'HARA, MCCOY &
> FORD, P.A.
> Attorney for Digital Antenna, Inc.
> 515 E. Las Olas Boulevard
> SunTrust Center, Suite 1400
> P.O. Box 14460
> Ft. Lauderdale, FL 33302
> Phone: (954) 847-4800
> Fax: (954) 760-9353
>
> By:     */s/ Jordan S. Cohen*
>         Dennis M. O'Hara
>         dohara@wickersmith.com
>         Florida Bar No. 148434
>         Robert C. Bauroth
>         rbauroth@wickersmith.com
>         Florida Bar No. 277940
>         Jordan S. Cohen
>         jcohen@wickersmith.com
>         Florida Bar No. 551872
>
> MALIN HALEY DIMAGGIO BOWEN &
> LHOTA, P.A.
> Attorney for Digital Antenna, Inc.
> 1936 South Andrews Avenue
> Fort Lauderdale, FL  33316
> Phone: (954) 763-3303
>
> By:     */s/ Barry L. Haley*
>         Barry L. Haley
>         blh@mdhpatents.com

Florida Bar No. 123351

AND

**ADORNO & YOSS, LLP**
Attorneys for Plaintiffs
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL  33301
Telephone:     (954) 763-1200
Facsimile:      (954) 766-7800

By:     *s/Ivan J. Kopas*
        RICHARD G. GORDON
        Florida Bar No.: 30366
        E-mail:  rgordon@adorno.com
        ALBERT L. FREVOLA, JR.
        Florida Bar No.: 857416
        E-mail:  afrevola@adorno.com
        JOHN P. NOYES
        Florida Bar No.:
        E-mail: jnoyes@adorno.com
        IVAN JOHN KOPAS
        Florida Bar No.: 503711
        E-mail:  ikopas@adorno.com

880884.0068/1673

## SERVICE LIST

AT&T MOBILITY, LLC, et al. v. DIGITAL ANTENNA, INC.
09-60639-CIV-SEITZ/O'SULLIVAN
United States District Court
Southern District of Florida

Dennis M. O'Hara, Esq.
Robert C. Bauroth, Esq.
Jordan S. Cohen, Esq.
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
Suntrust Center, Suite 1400
515 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301
*Counsel for Defendant, Digital Antenna, Inc.*

Barry L. Haley, Esq.
David Lhota, Esq.
Malin Haley DiMaggio Bowen & LHota, P.A.
1936 South Andrews Avenue
Ft. Lauderdale, FL 33316
*Co-Counsel for Defendant, Digital Antenna, Inc.*